UNITED STATES BANKRUPTCY COURT
Middle District of Alabama

In re                                    Case No. 14−80998
                                         Chapter 13
Craig Rawlins Reese

    Debtor

## ORDER CONFIRMING PLAN

The debtor's plan was filed on August 11, 2014. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated: December 21, 2014

    /s/ William R. Sawyer
    United States Bankruptcy Judge